UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WILLIAMS,

                Petitioner,

-vs-                                    Case No.  8:02-cv-1316-T-17TBM

WARDEN PETROBSKY and ROBERT A.
BUTTERWORTH,

                Respondents.
_____

**ORDER**

      The Court denied Petitioner James Williams' 28 U.S.C. § 2254 petition for writ of habeas corpus. Williams has now filed a Notice of Appeal. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

      To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473,

475 (2000).[1]  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

That Petitioner's construed application for appealability (Doc. No. 34) is denied.

ORDERED in Tampa, Florida, on October 26, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

James Williams
Michele Taylor

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).